```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GREG CLARK,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :      1:25-cv-04329 (VSB)
                -against-                                   :
                                                            :           ORDER
NIRVANA WATER SCIENCES CORP.,                               :
                                                            :
                              Defendant.                    :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On April 18, 2025, Plaintiff filed this action against Defendant in the Supreme Court of the State of New York, County of New York. (Doc. 1.)  On May 22, 2025, Defendant filed a notice of removal pursuant to 28 U.S.C. § 1446.  (Doc. 1.)  Defendant served a copy of the notice on Plaintiff the same day.  (*See id.* at 1; *see also* Doc. 5-2.)  Plaintiff's deadline to move to remand the case was June 22, 2025.  *See* 28 U.S.C. § 1447(c).  On May 30, 2025, Defendant moved to dismiss the action.  (Doc. 3.)  To date, Plaintiff has not appeared in this federal action.  Accordingly, it is hereby:

ORDERED that, no later than July 21, 2025 Plaintiff shall submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff is warned that failure to submit a letter will result in dismissal of this action.

IT IS FURTHER ORDERED that Defendant shall serve a copy of this Order on Plaintiff and file proof of such service on or before July 14, 2025.

SO ORDERED.

Dated:    July 10, 2025
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge