UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG CLARK,<br><br>               Plaintiff,<br><br>     v.<br><br>NIRVANA WATER SCIENCES CORP.,<br><br>               Defendants. | 25-cv-4329 (SHS) (JEW)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff Greg Clark seeks leave to file an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. (*See* Dkt. No. 8.) Counsel for plaintiff explain that delays in obtaining filing privileges on this Court's electronic filing system prevented them from timely filing an amended complaint as a matter of right under Rule 15(a)(1)(B). (*See* Dkt. Nos. 8-1, 8-10, 12.) Plaintiff has attached a proposed amended complaint to his motion. (*See* Dkt. No. 8-2.)

Rule 15(a)(2) provides that courts "should freely give leave [to amend] when justice so requires." Accordingly, the Court grants plaintiff's motion to amend his complaint. (*See* Dkt. No. 8.) Plaintiff is directed to file his amended complaint on or before June 26, 2026.

Defendant's motion to dismiss the complaint (Dkt. No. 3) is denied as moot. Defendant's last day to respond to plaintiff's amended complaint by answer or motion is July 17, 2026.

Dated:  New York, New York
       June 24, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.